In the Matter of the Appraisal under the Transfer Tax Act of the Estate of SIMEON G. CURTICE, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; EDGAR N. CURTICE et al., as Executors, Respondents.

*Matter of Curtice,* 111 App. Div. 230, affirmed.
(Argued April 17, 1906; decided May 1, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 3, 1906, which modified and affirmed as modified an order of the Monroe County Surrogate's Court assessing a transfer tax upon the estate of Simeon G. Curtice, deceased.

*William T. Plumb* for appellant.

*M. H. McMath* for respondents.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.

---

In the Matter of the Petition of SARAH ROXBURY, Appellant. EDWARD E. McCALL et al., Respondents.

*Matter of Roxbury,* 111 App. Div. 914, affirmed.
(Argued April 17, 1906; decided May 1, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 13, 1906, which affirmed an order of the New York County Surrogate's Court denying an application for the payment of the income of a trust fund created by the will of Thomas J. Kearney, deceased.

*Aaron J. Colnon* and *Raymond D. Thurber* for appellant.

*Vincent T. Coughlin* for respondents.

Order affirmed, without costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.